IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. HENDERSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-21 |
| KENNETH KEISLING, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 21st day of January, 2010, upon consideration of the Motion to Dismiss (Doc. No. 10) filed by Defendant Kenneth Keisling, it is hereby **ORDERED** that the Motion is **DENIED**. The Clerk is hereby directed to **TRANSFER** this matter to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE